(98 South. 483)
Ex parte J. Claud CONNOR. (4 Div. 104.)

(Supreme Court of Alabama. Dec. 20, 1923.)

Certiorari to the Court of Appeals.

D. A. Baker, of Troy, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. J. Claud Connor was convicted of an offense, and, the judgment being affirmed by the Court of Appeals, he brings this petition for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled J. Claud Connor v. State of Alabama, 98 South. 482.

Writ denied.